UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH ANDREW HYCKEMA,

    Plaintiff,

v.

PROGRESSIVE FINANCIAL SERVICES, et al.,

    Defendants.

CASE NO. C04-0428P

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff Joseph Andrew Hyckema, appearing *pro se*, has submitted documents to the court by which he seeks to file a civil action *in forma pauperis* (IFP). On his application, plaintiff states that he is currently employed, and has net income of $600 per month. This income renders plaintiff ineligible for *in forma pauperis* status, which must be reserved for the truly indigent.

Plaintiff's application to proceed *in forma pauperis* in this matter is therefore DENIED. The Clerk shall file the complaint only upon receipt of the usual filing fee.

If no fee is paid within thirty days after the filing date of this Order, the Clerk shall close the file.

DATED this 6 day of March, 2004.

MARSHA J. PECHMAN
United States District Judge

04-CV-00428-ORD

ORDER - 1

1  Recommended for Entry this

2  ____2____ day of March, 2004.

3

4  __/S/ Ricardo S. Martinez__
   RICARDO S. MARTINEZ
5  United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER - 1